DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETITION TO REHEAR

## NUCOR CORP. v. GENERAL BEARING CORP.

No. 378PA91

Case below: 333 N.C. 148

Petition by plaintiff to rehear pursuant to Rule 31 denied 11 February 1993.